UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE VIDIKSIS AND MEGAN VIDIKSIS, individually and on behalf of a class of individuals similarly situation,<br><br>　　　　　Plaintiffs,<br>　v.<br>CALIFORNIA CRYOBANK LLC,<br><br>　　　　　Defendants. | No. CV 19-7968-GW-GJSx<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Joint Stipulation of Dismissal Without Prejudice (the "Stipulation") filed on behalf of Plaintiffs Renee Vidiksis and Megan Vidiksis, individually and on behalf of all others similarly situated and Defendant California Cryobank LLC, it is hereby:

ORDERED that the Stipulation is GRANTED; and it is

FURTHER ORDERED as follows:

1. This action is dismissed without prejudice in accordance with Federal Rule of Civil Procedure 41; and

2. Each party shall bear its own costs relating to this action.

IT IS SO ORDERED.

DATED, this 19th day of February, 2020

_____
HONORABLE GEORGE H. WU
United States District Judge